**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| A.B.,<br><br>Plaintiff<br><br>v.<br><br>WYNHDAM HOTEL & RESORTS, INC, ET AL.,<br><br>Defendant | CIVIL ACTION NO. 3:24-CV-01588<br><br>(MEHALCHICK, J.) |

**ORDER**

AND NOW, this 17th day of November, 2026, following a telephonic case management conference attended by all parties, during which the views of all counsel were solicited, **IT IS HEREBY ORDERED** that:

1. The following case management dates and deadlines are extended as follows, and shall govern the discovery and dispositive motions phase of the above-captioned civil action:

| | |
|---|---|
| **Fact Discovery** | January 15, 2027 |
| **Plaintiff's Expert Reports** | February 12, 2027 |
| **Defendant's Expert Reports** | March 12, 2027 |
| **Supplemental Expert Reports** | March 26, 2027 |
| **Dispositive Motions and Supporting Briefs** | April 23, 2027 |
| **Jury Selection and Trial** | September 13, 2027 |

2. On or before the close of fact discovery, the parties shall meet and confer and advise the Court by letter docketed in this case as to whether they wish to have a settlement conference or mediation scheduled in this matter, along with the parties' preference for assignment of a magistrate judge or court mediator to conduct the settlement conference or mediation.

3. Any requests for extension of the discovery deadline must be made at least 14 days prior to the close of discovery. Requests for extensions of the above time periods will not be granted except for good cause.

**BY THE COURT:**

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States District Judge**