# NOTICE

TO: Attorneys

FR: Peter J. Welsh, Clerk of Court

RE: General or Special Admission

---

Attached is a Petition for Admission to Practice in this Court.

All Attorneys, for both general and special admission, must register for a PACER account and request e-filing privileges for our Court if you are not already an ECF registered user. https://pacer.uscourts.gov/.

## GENERAL ADMISSION

General admission in **Scranton** is held via a virtual swearing in ceremony the first Friday of every month by Zoom by District Judge Karoline Mehalchick. General admission in **Harrisburg** is held the second Friday of every month. General admission in **Williamsport** and **Wilkes-Barre** is held on an individual basis based on the judge's schedule. On the day you are sworn in, your sponsor must be present to move for your admission. **The deadline to submit your petition and payment is the Friday before your scheduled ceremony date**.

If you wish to become generally admitted, you must file your Petition in one of the cases below:

Harrisburg: 1:26-ga-7500

Scranton: 3:26-ga-7500

Williamsport: 4:26-ga-7500

Wilkes-Barre: 5:26-ga-7500

**Do not have another attorney file your Petition on your behalf**. You need to obtain e-filing privileges through PACER for our Court, complete the attached Petition, and file it in the case in which you are seeking General Admission. To file your Petition, log into ECF, click on Civil, then click on "Other Documents" and select the "Petition for General Admission in PAMD" event. During the filing of your Petition, you will be prompted to enter your credit card information for the $224.00 fee associated with this filing. Once your Petition has been filed, you will be contacted with further information regarding your ceremony.

## SPECIAL ADMISSION

If you are seeking special admission for a particular case, you need to obtain e-filing privileges through PACER for our Court, complete the attached Petition, and file it in the case in which you are seeking special admission. **Do not have another attorney file your Petition on your behalf**. To file your Petition, log into ECF, click on Civil or Criminal, then click on "Other Documents" and select the "Petition for Special Admission - Pro Hac Vice" event. During the filing of your Petition, you will be prompted to enter your credit card information for the $50.00 fee associated with this filing.

If further assistance is needed, please contact one of the Court Divisions:

Scranton - Diane: 570-207-5672, diane_johnson@pamd.uscourts.gov

Harrisburg - Lisa: 717-221-3920, lisa_lombardi@pamd.uscourts.gov

Williamsport - Emily: 570-601-8502, emily_aikey@pamd.uscourts.gov

Wilkes-Barre - Nicole: 570-831-2572, nicole_rinaldi@pamd.uscourts.gov

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

**PETITION**

I, Steven C. Babin, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: Babin Law, LLC
10 West Broad Street, Suite 900
Columbus, Ohio 43215

Office phone: 614-761-8800

Email Address: steven.babin@babinlaws.com

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Southern District of Ohio (2/24/2016), Eastern District of California, Sacramento (2/14/2025),Northern District of Ohio (7/6/2018),

Eastern District of Texas (4/28/2025), 5th Circuit Court of Appeals (approx. 6/1/2026), 3rd Circuit Court of Appeals (approx.

11/1/2025), 6th Circuit Court of Appeals (4/6/2016), 9th Circuit Court of Appeals (5/12/2025), Supreme Court of Ohio (11/16/2015)

My attorney Identification number is: 0093584

FOR COURT USE ONLY

______GENERAL ADMISSION:

GRANTED BY THE COURT: ____________________ Date: ______________

______SPECIAL ADMISSION:

GRANTED BY THE COURT ____________________ Date:____________

Please Complete the Following:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None.

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

None.

Any disciplinary actions, contempt proceedings, criminal charges, or other proceedings in which I am a named party, pending before any court, board, or tribunal: (State the facts and circumstances connected with each; if none, state "none".)

None.

I am seeking:

☐ General Admission under Local Rule LR 83.8.1

☑ Special Admission (specify by placing a checkmark in the appropriate rule below)

LR 83.8.2.1 ☑, LR 83.8.2.2 ☐, LR 83.8.2.3 ☐, or LR 83.8.2.4 ☐

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

Pro Hac Vice Representation of Plaintiff

Pro Hac Vice Representation of Plaintiff

NAME THE PARTY YOU REPRESENT:

A.B.

If special admission is requested for a particular case, please list case number and caption:

Case # 3:24-cv-01588

Caption # A.B., an individual v. Wyndham Hotel & Resorts, Inc., et al.

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1 shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences, and trials. (See LR 83.9)
If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

Nathaniel L. Foote, Esquire (PA #318988)

Andreozzi + Foote, 4503 N. Front Street, Harrisburg, PA 17110

717-525-9124

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

Steven C. Babin

SIGNATURE OF PETITIONER

0093584 Ohio

(Bar Identification Number and State where admitted)

11/13/2026

(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

Steven C. Babin

SIGNATURE OF PETITIONER

# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## CODE OF PROFESSIONAL CONDUCT

**As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:**

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are lifelines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above Code of Professional Conduct:

Steven C. Babin
______________________________
Signature of Petitioner

# SPONSOR'S CERTIFICATE

I, Nathaniel L. Foote, Esquire (PA #318988), am a member in good
(Name of Sponsor)

standing of the Bar of the United States District Court for the Middle District of Pennsylvania, having been admitted to practice on (month) 11 (day) 07, (year) 2014. I have known the above petitioner for Several Months.
(length of time)

To my knowledge, the petitioner's moral character is as follows:

Attorney Babin is an upstanding legal practitioner and has a positive reputation.

To my knowledge, the petitioner's educational background and experience are as follows:

Bachelor of Arts -- The Ohio State University (2010), Juris Doctorate -- University of Pennsylvania Carey Law School (2014),

Babin Law (2018-present); Chapin Legal Group (2016-2018); Law Clerk -- 6th Circuit Court of Appeals (2015-2016), Southern District of Ohio (2014-2015)

I sponsor and recommend Steven C. Babin
(Name of Petitioner)

for admission as a qualified attorney to practice before this court.

Nathaniel L. Foote, Esquire (PA #31898
(Signature of Sponsor)

Office address: Andreozzi + Foote

4503 N. Front St., Harrisburg, PA 17110

Telephone: 717-525-9124

Attorney Bar I.D. No. 318988